# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Kaanapali Hillside Homeowners' Ass'n ex rel. Bd. of Directors v. Doran | 25585 | 03/08/2007 | Granted | 112 Hawai'i 356, 145 P.3d 899 |